IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BENJAMIN NEIL LAMBERT**                                                                                    **PETITIONER**

**CASE NO. 4:20-CV-397-BRW-BD**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                                                 **RESPONDENT**

## ORDER

I have received a Recommended Disposition filed by Magistrate Judge Beth Deere. After reviewing the Recommended Disposition and Mr. Lambert's objection, as well as conducting a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

Accordingly, Mr. Lambert's petition for writ of habeas corpus (Doc. No. 1) is DISMISSED, with prejudice.

IT IS SO ORDERED this 29th day of September, 2020.

                          Billy Roy Wilson_____
                          UNITED STATES DISTRICT JUDGE