# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BENJAMIN NEIL LAMBERT**                                                **PETITIONER**

**CASE NO. 4:20-CV-397-BRW-BD**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                      **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on today, it is CONSIDERED, ORDERED, and ADJUDGED that Benjamin Neil Lambert's petition for writ of habeas corpus (Doc. No. 1) is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 29th day of September, 2020.


                                              Billy Roy Wilson_____
                                              UNITED STATES DISTRICT JUDGE